CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Facsimile: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISHNA BAHADUR RANABHAT,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-08735-TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 10, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. United States Citizenship and Immigration Services (USCIS) issued a Request for Evidence (RFE) to Plaintiff on September 22, 2026, and received a Plaintiff's response on October 19, 2026. USCIS will need time to review the RFE response and take adjudicative steps.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 10, 2026, at which time the parties will file a joint status report with the Court. At that time,

the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 26, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney
Attorneys for Defendants

Dated: October 26, 2026

*/s/ Maleeha Haq*
Maleeha Haq
Haq Law
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 27, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.